# UNITED STATES DISTRICT COURT
## District of Minnesota

Robert R. Hopper,

                Plaintiff,

v.

BMO Harris Bank, N.A.,
Dovenmuehle Mortgage, Inc.,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 22cv1828 (JRT/JFD)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant Dovenmuehle Mortgage, Inc.'s Motion to Dismiss [Docket No. 49] is **GRANTED.**

2. Defendant BMO Harris Bank, N.A.'s Motion to Dismiss [Docket No. 42] is **GRANTED.**

3. The Complaint is DISMISSED WITHOUT PREJUDICE.

Date: 8/3/2023

KATE M. FOGARTY, CLERK